```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                           Case No. 06-cr-92-PB

**Derrick Jennings, et al.**


**O R D E R**

The defendant has moved to continue the March 6, 2007 trial in the above case, citing the need for additional time to engage in further plea negotiations.  The government and co-defendant Samuel Ogot, do not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to finalize a plea agreement or properly prepare for trial, the court will continue the trial from March 6, 2007 to May 1, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The court will hold a final pretrial conference on April 17, 2007 at 4:15 p.m.

No further continuances.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

February 27, 2007

cc:   Michael Iacopino, Esq.
      Donald Kennedy, Esq.
      Terry Ollila, AUSA
      United States Probation
      United States Marshal